# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Bettina M. DeFeo | : | |
| Debtor(s) | : | Bankruptcy Case No.: 20-14706-ELF |
| | : | |

## MOTION TO EXTEND TIME FOR THE DEBTOR TO FILE HIS SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS PURSUANT TO BANKRUPTCY RULE 1007(c)

1. The above-captioned Chapter 13 Bankruptcy was filed on December 10, 2020 as an Emergency Petition.

2. The remaining schedules are due to be filed by December 24, 2020.

3. Under Bankruptcy Rule 1007(c), the Debtor may obtain a further extension of the filing deadline for "cause" shown.

4. Additional information is required from the debtor to properly complete the required statements, schedules, plan, and Form22c.

5. Debtor requests additional time to properly comply with the Bankruptcy Code in submitting the required remaining documents.

WHEREFORE, the Debtor respectfully request the entry of an ORDER extending the time for filing the required documents to January 7, 2021.


Dated: December 23, 2020

/s/ Brad J. Sadek
Brad J. Sadek, Esquire
Attorney for Debtor
1315 Walnut Street, Suite 502
Philadelphia, PA 19107
215-545-0008